1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA

10

11   H. STANLEY GASS and                    Case No.  C05-5602JKA
     UTE LINDSAY GASS,
12   husband and wife,
                                             ORDER DIRECTING
13                          Plaintiffs,      PLAINTIFFS TO SUBMIT
     v.                                      FURTHER INFORMATION
14
     ALBERT F. SCHLOTFELDT;
15   CHRISTOPHER E. ROY; and
     DUGGAN, SCHLOTFELDT & WELCH
16   PLLC

17                          Defendants.
     .
18

19

20          On review of the court records, the court finds and orders as follows:

21          1. Plaintiffs, Stanley and Ute Gass, have submitted a complaint making allegations against

22   defendants.  The filing fee ($250.00) was not paid.  Instead of paying the filing fee, Plaintiff Stanley Gass,

23   submitted an application to proceed *in forma pauperis*.   Mrs. Ute Gass did not submit an application or

24   financial affidavit to support the application.

25          2.  The court needs financial information regarding both plaintiffs, which is a marital community,

26   and the information provided by Mr. Gass is insufficient (for example, he states he is self-employed, but has

27   received no money in the last 12 months for his work).  Accordingly, plaintiffs must submit further

28   information regarding Mr. Guss's self-employment and information must be provided regarding Mrs.

ORDER
Page - 1

Dockets.Justia.com

1  Guss's income, if any.  In addition, the court directs plaintiffs to submit a copy of plaintiffs bank records

2  and statements for the past six-month period.

3      3.  The court directs plaintiffs to provide the above noted financial information to assist the court

4  properly consider the request.  Plaintiffs shall provide this documentation **by not later than October 20,**

5  **2005**, otherwise the court will recommend dismissal of this matter.

6

7      DATED this 26th day of September, 2005.

8

9                                        */s/ J. Kelley Arnold*
                                        J. Kelley Arnold
10                                       United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2