UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| H. STANLEY GASS and<br>UTE LINDSAY GASS,<br>husband and wife,<br><br>                    Plaintiffs,<br>v.<br><br>ALBERT F. SCHLOTFELDT;<br>CHRISTOPHER E. ROY; and<br>DUGGAN, SCHLOTFELDT & WELCH<br>PLLC<br><br>                    Defendants.<br>. | Case No.  C05-5602JKA<br><br>ORDER DIRECTING<br>PLAINTIFFS TO SUBMIT<br>FURTHER INFORMATION |

On review of the court records, the court finds and orders as follows:

1. Plaintiffs, Stanley and Ute Gass, have submitted a complaint making allegations against defendants.  The filing fee ($250.00) was not paid.  Instead of paying the filing fee, Plaintiff Stanley Gass, submitted an application to proceed *in forma pauperis*.   Mrs. Ute Gass did not submit an application or financial affidavit to support the application.

2. The court needs financial information regarding both plaintiffs, which is a marital community, and the information provided by Mr. Gass is insufficient (for example, he states he is self-employed, but has received no money in the last 12 months for his work).  Accordingly, plaintiffs must submit further information regarding Mr. Guss's self-employment and information must be provided regarding Mrs.

ORDER
Page - 1

Guss's income, if any. In addition, the court directs plaintiffs to submit a copy of plaintiffs bank records and statements for the past six-month period.

3. The court directs plaintiffs to provide the above noted financial information to assist the court properly consider the request. Plaintiffs shall provide this documentation **by not later than October 20, 2005**, otherwise the court will recommend dismissal of this matter.

DATED this 26th day of September, 2005.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge