**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

H. STANLEY GASS,

            Plaintiff,

v.

ALBERT F. SCHLOTFELDT, et al,

            Defendants.

**Case No.** C05-5602JKA

Minute Order
Re: Motion for Pretrial Conference

THIS matter has pending a motion for pretrial conference (Docket #13) filed December 9, 2005. On November 18, 2005 the clerk of court forwarded to the parties notice of their right to consent to the matter being referred to a United States Magistrate Judge pursuant to 28 U.S.C.636 ©) for all purposes. The parties are under no obligation to consent to the assignment of the case to a United States Magistrate Judge, but have been given until January 17, 2006 to make the election. If consents are filed Magistrate Judge J. Kelley Arnold will rule on the pending motion (Docket #13). If all parties elect not to consent to the assignment of the matter to a Magistrate Judge the case will be reassigned to a District Judge who will rule on the motion.

**The motion (Docket #13) is re noted for January 20, 2006.**

Entered by Deputy Clerk, /s/*Kelly Miller*, this 15th day of December 2005.

ORDER
Page - 1