WILLIAM J. SCHROEDER, WSBA NO. 7942
GREGORY C. HESLER, WSBA NO. 34217
Paine, Hamblen, Coffin,
   Brooke & Miller, LLP
717 West Sprague Ave., Suite 1200
Spokane, Washington 99210-3505
(509) 455-6000
(509) 838-0007 (Fax)

The Honorable Ronald B. Leighton

05-CV-05602-ORD

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| H. STANLEY GASS and UTE LINDSAY GASS, husband and wife, <br><br>  Plaintiffs,<br><br>vs.<br><br>ALBERT F. SCHLOTFELDT and CHRISTOPHER E. ROY and DUGGAN, SCHLOTFELDT & WELCH, PLLC,<br><br>  Defendants. | No. C0 5-5602 RBL<br><br>**STIPULATED AGREEMENT** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff H. STANLEY GASS, on behalf of himself and his marital community, and Albert F. Schlotfeldt, Christopher E. Roy, and Duggan, Schlotfeldt & Welch, PLLC (collectively "Defendants"), by and through their respective counsel, as follows:

STIPULATED AGREEMENT AND
MOTION FOR DISMISSAL - 1

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

Case 3:05-cv-05602-RBL   Document 38   Filed 04/11/2006   Page 2 of 4

1. On March 31, 2006, the Honorable Ronald B. Leighton granted Defendants' Motion for Summary Judgment;

2. On April 3, 2006, Defendants filed a Motion for Reasonable Attorney Fees pursuant to Fed.R.Civ.P. 11 and noted the Motion for April 28, 2006;

3. The parties wish to enter into a binding agreement that resolves all disputes between them. To that end, the parties agree as follows:

(a) That Defendants shall and do hereby withdraw their Motion for Reasonable Attorney Fees Pursuant to Fed.R.Civ.P. 11, filed April 3, 2006;

(b) That H. Stanley Gass, on behalf of himself and his marital community, hereby releases and forever discharges any and all past or present claims, causes of action or demands of any nature whatsoever, which were or could have been brought in or are related to either the above-captioned matter or in the legal proceedings commenced in the Superior Court of Clark County, Washington under Cause No. 04 2 01931 5;

(c) That H. Stanley Gass, on behalf of himself and his marital community, will not appeal or otherwise seek judicial review of the Order on Motions for Summary Judgment, entered by the Honorable Judge Ronald B. Leighton in the above-captioned matter on March 31, 2006; and

STIPULATED AGREEMENT AND
MOTION FOR DISMISSAL - 2

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

(d)     That H. Stanley Gass, on behalf of himself and his marital community, shall not file, lodge or otherwise pursue any claims or complaints against the Defendants or Olson Engineering, Inc. in any forum of any kind or nature. If, in violation of this agreement, such claims or complaints are made, upon presentment of this agreement to the forum in which such claims or complaints are filed or lodged said complaints or claims shall be dismissed;

4.      That in the event of any breach of the above agreement, Defendants shall be entitled to seek damages and renew their Motion for Reasonable Attorney Fees Pursuant to Fed.R.Civ.P. 11;

5.      That in the event it becomes necessary for Defendants to enforce the terms of the above agreement, whether in this action or any subsequent action, Defendants shall be entitled to an award of their reasonable costs and attorney fees incurred in connection therewith.

DATED this __11th__ day of April, 2006.        DATED this __11th__ day of April, 2006.

                                                PAINE, HAMBLEN, COFFIN,
                                                  BROOKE & MILLER, LLP

By: /s/ H. STANLEY GASS                         By: /s/ WILLIAM J. SCHROEDER
   H. Stanley Gass, *Pro Se*                       William J. Schroeder, WSBA No. 7942
   P. O. Box 1851                                  Gregory C. Hesler, WSBA No. 34217
   Vancouver, Washington 98668                     Attorneys for Defendants
   Telephone: (360) 258-2190                       717 West Sprague Avenue, Suite 1200
   stangass@hotmail.com                            Spokane, Washington 99201-3505
                                                   Telephone: (509) 455-6000
                                                   Fax: (509) 838-0007
                                                   william.schroeder@painehamblen.com
                                                   greg.hesler@painehamblen.com

IT IS SO ORDERED THIS 12th DAY OF April, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATED AGREEMENT AND                        *PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
MOTION FOR DISMISSAL - 3                        717 WEST SPRAGUE AVENUE, SUITE 1200
                                                SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000